1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     LEE KELLY CLARKE,                          No.  2:23-cv-3004-TLN-KJN

12                    Petitioner,

13            v.                                   **ORDER**

14     UNKNOWN,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas

18     corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19     Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 07, 2024, the magistrate judge filed findings and recommendations herein

21     which were served on Petitioner, and which contained notice to Petitioner that any objections to

22     the findings and recommendations were to be filed within fourteen days.  Petitioner did not file

23     objections to the findings and recommendations.

24          Although it appears from the file that Petitioner's copy of the findings and

25     recommendations was returned, Petitioner was properly served.  It is Petitioner's responsibility to

26     always keep the Court apprised of his current address.  Pursuant to Local Rule 182(f), service of

27     documents at the record address of the party is fully effective.

28     ///

1

1    The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

2  F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.

3  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

4  the file, the Court finds the findings and recommendations to be supported by the record and by

5  the magistrate judge's analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.  The findings and recommendations filed on February 7, 2024 (ECF No. 5) are

8      ADOPTED IN FULL;

9    2.  This action is DISMISSED without prejudice;

10    3.  The Court DECLINES to issue the certificate of appealability referenced in 28

11      U.S.C. § 2253; and

12    4.  The Clerk of Court is directed to close this case.

13  Date: March 11, 2024

14

15

16

17  Troy L. Nunley
   United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2